Filed 7/15/24  P. v. Young CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE, | 2d Crim. No. B333755 |
| Plaintiff and Respondent, | (Super. Ct. No. SCS314955) (Ventura County) |
| v. | |
| JESSIE ANNE YOUNG, | |
| Defendant and Appellant. | |

In August 2020, police stopped a vehicle that had entered the United States through the San Ysidro Port of Entry.  During a subsequent search, they found narcotics in the vehicle.  Jessie Anne Young, a passenger in the vehicle, later revealed she had fentanyl in her rectum.  She said she had bought the fentanyl in Mexico to sell in the United States.

Young pleaded guilty to transporting fentanyl for sale in San Diego County Superior Court.  (Health & Saf. Code, § 11351.) The trial court suspended imposition of sentence, and ordered Young to serve two years of formal probation.  The matter was then transferred to Ventura County for probation supervision.

Over the next few months, the trial court twice found that Young had violated the terms of her probation. After the second violation, the court revoked probation and sentenced Young to three years in county jail.

We appointed counsel to represent Young in this appeal. After counsel examined the record, he filed an opening brief that raises no arguable issues. On April 18, 2024, we advised Young by mail that she had 30 days to submit any contentions or issues she wished us to consider. We have not received a response.

We have reviewed the entire record and are satisfied that Young's attorney fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.

BALTODANO, J.

We concur:

GILBERT, P. J.

CODY, J.

2

Kristi J. Peariso, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of
Appeal, for Defendant and Appellant.
No appearance for Plaintiff and Respondent.